In the Matter of the Accounting of FIRST CITIZENS BANK AND TRUST COMPANY OF UTICA, as Trustee under the Will of ELLEN A. ROBERTS, Deceased, Respondent; LAURA QUIGLEY, Appellant.

(Argued November 20, 1935; decided December 10, 1935.)

*Charles J. Fuess* for appellant.

*Gilbert R. Hughes* for respondent.

Order affirmed, with costs; no opinion.

Concur: CRANE, Ch. J., LEHMAN, HUBBS, CROUCH, LOUGHRAN and FINCH, JJ.   Not sitting: O'BRIEN, J.